Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  24−20015−MBK
           Chapter:  7
           Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Arif Hussain
   10 Zachary Ln
   Apt 16
   Trenton, NJ 08620

Social Security No.:
   xxx−xx−8451

Employer's Tax I.D. No.:

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 7, 2025</u>           <u>Michael B. Kaplan</u>
                                                  Judge, United States Bankruptcy Court